UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRYAN TROEGEL

VERSUS

PERFORMANCE ENERGY SERVICES, LLC

CIVIL ACTION

NO. 18-1051-JWD-EWD

**NOTICE AND ORDER**

On October 24, 2018, plaintiff, Bryan Troegel ("Plaintiff"), filed a Petition for Damages and Declaratory Judgment (the "Petition") in state court against defendant, Performance Energy Services, LLC ("PES") for alleged breach of Plaintiff's employment contract, wrongful termination, and a declaration that a Covenant not to Compete as set forth in the employment contract is invalid.[1] On November 29, 2018, PES filed a Notice of Removal pursuant to 28 U.S.C. § 1332 based on the assertion that the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are completely diverse.[2]

With respect to Plaintiff's citizenship, PES asserts that "Plaintiff's Employment Contract with PES asserts that he is 'a resident of Louisiana.'"[3] This is not an adequate allegation of Plaintiff's citizenship. For purposes of diversity jurisdiction, an individual's domicile must be alleged.[4]

Accordingly,

**IT IS HEREBY ORDERED** that Performance Energy Services, LLC shall file, within seven (7) days of this Notice and Order, a Motion to Substitute the Notice of Removal with a

---

[1] R. Doc. 1-1.

[2] R. Doc. 1.

[3] R. Doc. 1, ¶ 15.

[4] *See*, *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974) ("For diversity purposes, citizenship means domicile, mere residence in the State is not sufficient."). The citizenship of PES is adequately alleged in the Notice of Removal. R. Doc. 1, ¶ 16.

comprehensive Notice of Removal that adequately alleges Plaintiff's citizenship. No further leave of court is required to file the Motion to Substitute.

Signed in Baton Rouge, Louisiana, on December 4, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**